IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERELY J. NEUZIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:12-cv-00034 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Kimberely J. Neuzil's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 7), filed with a Brief in Support (Doc. No. 7-1). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 8.) Plaintiff then filed a Reply. (Doc. No. 9.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 10.) The Report was entered on June 5, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 18.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 30 day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT